IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK SMITH, | ) | Case No. 21-CR-30003-DWD |
| WARREN GRIFFIN, | ) | |
| ANTHONY DOBBINS, | ) | |
| SEAN CLEMON, | ) | |
| DOMINIQUE MAXWELL, | ) | |
| PERRY HARRIS, and | ) | |
| BARRY BOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**DUGAN, District Judge:**

The trial in this case began with *voir dire* on January 23, 2023. On the morning of January 24, 2023, the Court was advised of certain security concerns, related to Defendant Maxwell's telephone calls and electronic messages within the Jefferson County Jail, about a prospective juror in this case. Defendant Maxwell was communicating about the prospective juror, by name, with another alleged member of the Gangster Disciples and with an unknown individual. The Court reviewed the communications at issue, and the United States Marshal opened an investigation into the incident.

For the reasons explained on the record, the Court **FOUND** it was necessary to remedy the situation with respect to other prospective jurors. For those same reasons, the Court **FURTHER FOUND**, until the completion of the investigation by the United States Marshal, Defendant Maxwell shall not have telephone or electronic communications, via

Case 3:21-cr-30003-DWD   Document 786   Filed 01/25/23   Page 2 of 2   Page ID #4645

the Chirps messaging system or otherwise, with any individuals outside of the Jefferson County Jail, except his attorneys of record or other individuals employed by their office.

The Clerk of the Court is **DIRECTED** to deliver this Order to the United States Marshal. Further, the United States Marshal is **DIRECTED** to deliver this Order to the appropriate law enforcement personnel within the Jefferson County Jail. The enforcement of this Order shall be left to the sound discretion of the law enforcement personnel within the Jefferson County Jail.

**SO ORDERED.**

Dated: January 25, 2023

s/ David W. Dugan
_____
DAVID W. DUGAN
United States District Judge